JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFI MOSA,<br><br>    Plaintiff,<br><br>JANET NAPOLITANO,<br>Secretary of the Department<br>of Homeland Security,<br><br>    Defendant. | No. ED CV 08-872 VAP (OPx)<br><br>ORDER DISMISSING COMPLAINT |

Pursuant to the stipulation of the parties, the court hereby orders dismissal of the plaintiff's complaint without prejudice. The parties are to bear their own costs.

Dated: January 28, 2009

_Virginia A Phillips_
VIRGINIA A PHILLIPS
UNITED STATES DISTRICT JUDGE